**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| KELLEY LYNN-PRYOR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:26-CV-00231-WLS |
| LOWNDES COUNTY SCHOOLS, *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

On September 4, 2026, the Court denied Plaintiff Kelley Lynn-Pryor's application to proceed *in forma pauperis*. (Doc. 3.) The Court thus instructed Lynn-Pryor that, to proceed with her case, she had to pay the filing fee within twenty-one days, or by September 25, 2026. (*Id.* at 3.) The Court also notified Lynn-Pryor that if she did not timely pay the filing fee, the action may be dismissed without further notice or proceedings. (*Id.*) To date, Lynn-Pryor has not paid the filing fee.

The Court will allow Lynn-Pryor a final opportunity to pay the fill filing fee. Lynn-Pryor must pay the fee within **fourteen days** of the entry of this Order, or by no later than **Wednesday, October 21, 2026**. The Court once again notices Lynn-Pryor that failure to timely comply with this Order will result in dismissal without further notice or proceeding.

**SO ORDERED**, this 7th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**