**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| KELLEY LYNN-PRYOR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:26-CV-00231-WLS |
| LOWNDES COUNTY SCHOOLS, *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

On September 4, 2026, the Court denied Plaintiff Kelley Lynn-Pryor's application to proceed *in forma pauperis*. (Doc. 3.) The Court thus instructed Lynn-Pryor that, to proceed with her case, she had to pay the filing fee within twenty-one days, or by September 25, 2026. (*Id.* at 3.) The Court also notified Lynn-Pryor that if she did not timely pay the filing fee, the action may be dismissed without further notice or proceedings. (*Id.*) On October 7, 2026, the Court provided Lynn-Pryor a final opportunity to pay the filing fee by October 21, 2026, and reminded her that failure to timely comply with the order would result in dismissal without further notice or proceeding. (Doc. 4.) To date, Lynn-Pryor has not paid the filing fee.

Because Lynn-Pryor has not paid the filing fee, this action is **DISMISSED without prejudice**.

**SO ORDERED**, this 26th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**